UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ERIC GILMORE, ) | |
| ) | |
| Plaintiff, ) | No. 1:11-cv-00097 |
| ) | Judge Haynes |
| v. ) | |
| ) | |
| CORRECTIONS CORPORATION OF ) | |
| AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Plaintiff, Eric Gilmore, an inmate at the West Tennessee Detention Facility in Mason, Tennessee, filed this *pro se, in forma pauperis* action under 42 U.S.C. § 1983 against eight Defendants. (Docket No. 1). On March 6, 2012, the court granted the Plaintiff's application to proceed *in forma pauperis* (Docket No. 10) subject to a subsequent Order with a schedule of payments. (Docket No. 14).

Accordingly, the Plaintiff is herewith assessed the three hundred fifty dollars ($350.00) civil filing fee. Pursuant to 28 U.S.C. §§ 1915(b)(1)(A) and (B), the custodian of the Plaintiff's inmate trust fund account at the institution where he now resides is directed to submit to the Clerk of Court, as an initial payment, whichever is greater:

(a) twenty percent (20%) of the average monthly deposits to the Plaintiff's inmate trust fund account; **or**

(b) twenty percent (20%) of the average monthly balance in the Plaintiff's inmate trust fund account for the prior six (6) months.

Thereafter, the custodian shall submit twenty percent (20%) of the Plaintiff's preceding monthly

income, or income credited to the Plaintiff's inmate trust fund account for the preceding month, but only when his monthly income exceeds ten dollars ($10.00). 28 U.S.C. § 1915(b)(2). Payments shall continue until the $350.00 filing fee has been paid in full to the Clerk of Court. *Id.*

The Clerk is **DIRECTED** to send a copy of this order to the Warden of the West Tennessee Detention Facility to ensure that the custodian of the Plaintiff's inmate trust fund account complies with the portion of the Prison Litigation Reform Act that pertains to the payment of filing fees. Should the Plaintiff be transferred from his present place of confinement, the custodian of his inmate trust fund account shall ensure that a copy of this order follows the Plaintiff to his new place of confinement. All payments made pursuant to this order shall be forwarded to the Clerk of Court for the Middle District of Tennessee.

Because the Plaintiff is a prisoner, the Court must conduct a preliminary review of the complaint to determine whether it is frivolous, malicious, or fails to state a claim upon which relief can be granted. 28 U.S.C. § 1915A. As provided in the accompanying memorandum, the complaint is **DISMISSED** for failure to state claims upon which relief may be granted. 28 U.S.C. § 1915A. Because an appeal from the judgment rendered herein would **NOT** be taken in good faith, the Plaintiff is **NOT** certified to pursue an appeal from this judgment *in forma pauperis*. 28 U.S.C. § 1915(a)(3).

Entry of this Order shall constitute the judgment in this action.

It is so **ORDERED**.

Entered this the ____ day of _____, 2012.

William J. Haynes, Jr.
United States District Judge